UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ANGLADA, individually and on
behalf of others similarly situated,
        **Plaintiffs,**

   v.               06-civ-12901 (CM)

LINENS 'N THINGS, INC.

        **Defendant.**

### DECLARATION OF MICHAEL J.D. SWEENEY, ESQ.

I, Michael J.D. Sweeney, declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am an attorney admitted to practice before this Court. I am associated with the Getman Law Office, 9 Paradies Lane, New Paltz, N.Y. 12561, attorneys for the Plaintiff, Jose Anglada. I make this declaration to introduce certain documents in support of the Plaintiffs' Motion to Conditionally Certify a Fair Labor Standards Act Collective Action and Authorize Notice to Be Issued to the Class in this matter.

2. Attached as Exhibit A is *Linens & Things, Inc., Home, Career Opportunities web page* (printed from the website on January 3, 2007).

3. Attached as Exhibit B is search results from *Linens 'n Things Careers web page* (printed from the website on January 3, 2007).

4. Attached as Exhibit C is *Linens 'N Things Job Posting for "Department Managers (Group Selling Managers)" on Yahoo Hotjobs.com* (printed from the website on January 3, 2007).

5. Attached as Exhibit D is *Linens 'N Things Job Posting for "Group Selling Managers (Department Managers)" on Monster.com* (printed from the website on January 3, 2007).

6. Attached as Exhibit E are various *Linens 'N Things Job Postings Department Managers/Group Selling Managers on Yahoo Hotjobs.com* (printed from the website on January 4, 2007).

7. Attached as Exhibit F is *Linens 'n Things Careers Opportunities, In Our Stores web page, Merchandise Manager section* (printed from the website on January 3, 2007).

Dated: January 24, 2007					Respectfully Submitted,


                                                                           /s
                                        Michael J.D. Sweeney (MS 7959)
                                        Getman Law Office
                                        9 Paradies Lane
                                        New Paltz, N.Y.  12561
                                        (845) 255-9370

                                        Counsel for Plaintiff